182 So. 80

### H. J. SAVAGE, etc., v. J. NADLER et al.

7 Div. 517.

Supreme Court of Alabama.

June 9, 1938.

Rehearing Denied June 30, 1938.

Culli & Swann, of Gadsden, for petitioner.

Inzer & Martin, of Gadsden, opposed.

KNIGHT, Justice.

This cause is before us on petition by H. J. Savage, doing business as Christopher Machine Shop, for writ of certiorari to the Court of Appeals, to review and revise the opinion and judgment of that court in the case of H. J. Savage, etc., v. J. Nadler et al., 182 So. 80.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.